COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     $1,941.00 US Currency v. The State of Texas

Appellate case number:   01-17-00516-CV

Trial court case number: 16-1411-C277

Trial court:             277th District Court of Williamson County

Appellant, Mark Allen Oliver, filed a letter in this Court stating that he is incarcerated and indigent. The court reporter has advised this Court, however, that appellant has neither requested preparation of the reporter's record nor made arrangements to pay for the reporter's record.

Effective September 1, 2016, the rules require a party who is unable to pay the costs of appeal to file a Statement of Inability to Afford Payment of Court Costs ("Statement of Inability form"). *See* TEX. R. CIV. P. 45; TEX. R. APP. P. 20.1. A Statement of Inability form is attached to this order.

If appellant wishes to proceed without paying costs or fees associated with the preparation of the appellate record, he must comply with Rule 145(b) and file the Statement of Inability form in the trial court. *See* TEX. R. CIV. P. 145(b). Moreover, Appellant must ask the trial court clerk to prepare and file a supplemental clerk's record **within 14 days of the date of this order**, and that record should contain appellant's Statement of Inability form.

It is so ORDERED.


Judge's signature: /s/ Jennifer Caughey
                   ☑ Acting individually    ☐ Acting for the Court


Date:  December 12, 2017

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

## 1. Your Information

My full legal name is:

*First*          *Middle*          *Last*

My date of birth is:     /     /

*Month/Day/Year*

My address is: *(Home)*

*(Mailing)*

My phone number:               My email:

About my **dependents:** "The people who depend on me financially are listed below.

| | *Name* | *Age* | *Relationship to Me* |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

## 2. Are you represented by Legal Aid?

I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

**-or-**

I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

**or-**

I am not represented by legal aid. I did not apply for representation by legal aid.

## 3. Do you receive public benefits?

I do not receive needs-based public benefits. **- or -**

I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*
Food stamps/SNAP          TANF     Medicaid     CHIP     SSI     WIC     AABD  Public
Housing or Section 8 Housing          Low-Income Energy Assistance          Emergency Assistance
Telephone Lifeline          Community Care via DADS          LIS in Medicare ("Extra Help")
Needs-based VA Pension          Child Care Assistance under Child Care and Development Block Grant
County Assistance, County Health Care, or General Assistance (GA)
Other:

Cause Number: _____

Plaintiff: _____                                    In the     *(check one)*:
*(Print first and last name of the person filing the lawsuit.)*                District Court


And _____

*Court Number* _____

County Court / County Court at Law   Justice Court

Defendant: _____                                    Texas
*(Print first and last name of the person being sued.)*   *County*

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*                    Page 2 of 2

## 4. What is your monthly income and income sources?

"I get this monthly income:

$ _____ in monthly wages. I work as a _____ for

_____ .
                            *Your job title*                    *Your employer*

$ _____ in monthly unemployment. I have been unemployed since *(date)*

_____ .

$ _____ in public benefits per month.

$ _____ from other people in my household each month: *(List only if other members contribute to your household income.)*


$ _____ from    Retirement/Pension    Tips, bonuses    Disability    Worker's Comp
                       Social Security        Military Housing    Dividends, interest, royalties
                       Child/spousal support
                        My spouse's income or income from another member of my household *(If available)*

$ _____ from other jobs/sources of income. *(Describe)*

$ _____ is my *total* **monthly** income.


## 5. What is the value of your property?

"My **property** includes:              **Value***

**Amount** Cash                          $ _____

$ _____ Bank accounts, other financial assets

$ _____

_____

_____

_____

Vehicles (cars, boats) *(make and year)*

_____

_____

_____


Other property (like jewelry, stocks, land, another house, etc.)


Wages withheld by court order

$ _____

_____

## 6. What are your monthly expenses?

"My **monthly expenses** are:

$ _____ Rent/house payments/maintenance

Food and household supplies

$ _____ Utilities and telephone                    $ _____

$ _____ Clothing and laundry                       $ _____

$ _____ Medical and dental expenses                $ _____

Insurance (life, health, auto, etc.)                      $ _____

$ _____ School and child care                      $ _____

$ _____ Transportation, auto repair, gas           $ _____

$ _____ Child / spousal support                    $ _____


$ _____ Debt payments paid to: *(List)*            $ _____

|  | $ |  | $ |
|---|---|---|---|
|  | $ |  | $ |

***Total* value of property** → $                    ***Total* Monthly Expenses** → $

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

### 7. Are there debts or other facts explaining your financial situation?

"My **debts** include: *(List debt and amount owed)*

"

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to    this form labeled "Exhibit: Additional Supporting Facts.")*  *Check here if you attach another page.*

### 8. Declaration

I declare under penalty of perjury that the foregoing is true and correct. I further swear:  I cannot afford to pay court costs.
I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is                                                    .  My date of birth is :        /      /

.
My address is

_____ signed on    /      /          in                    County,

*Signature*                     *Street*                      *Month/Day/Year*  *City*   *county name*  *State*           *State*  *Zip Code*
                               *Country*